Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_June 11_, 20_15_

WILLIAM M. McCOOL, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR15-196 JCC |
| Plaintiff, ) | |
| v. ) | **INDICTMENT** |
| ) | |
| VICTOR LARRY LEE WRIGHT, ) | |
| Defendant. ) | |

The Grand Jury charges that:

## COUNT 1

### (Production of Child Pornography)

On a date unknown, but no later than May 14, 2015, at Federal Way, within the Western District of Washington, and elsewhere, VICTOR LARRY LEE WRIGHT did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate

INDICTMENT/*United States v. Wright*- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   and foreign commerce by any means, including by computer, and the visual depiction

2   was transported using any means and facility of interstate and foreign commerce.

3        All in violation of Title 18, United States Code, Sections 2251(a) and (e).

4   ## COUNT 2

5   ### (Distribution of Child Pornography)

6        On or about April 6, 2015, at Federal Way, within the Western District of

7   Washington, and elsewhere, VICTOR LARRY LEE WRIGHT did knowingly distribute,

8   and attempt to distribute, visual depictions the production of which involved the use of

9   minors engaging in sexually explicit conduct, and the visual depictions were of such

10  conduct, using any means and facility of interstate and foreign commerce and which

11  images had been mailed and shipped and transported in and affecting interstate and

12  foreign commerce by any means, including by computer.

13       All in violation of Title 18, United States Code, Sections 2252(a)(2) and

14  2252(b)(1).

15  ## COUNT 3

16  ### (Possession of Child Pornography)

17       Beginning on a date unknown, and continuing until on or about May 14, 2015, at

18  Federal Way, within the Western District of Washington, VICTOR LARRY LEE

19  WRIGHT did knowingly possess matter that contained visual depictions the production

20  of which involved the use of minors engaging in sexually explicit conduct, and the visual

21  depictions were of such conduct, that had been mailed and shipped and transported using

22  any means or facility of interstate or foreign commerce and in and affecting interstate and

23  foreign commerce, and which had been produced using materials that had been mailed

24  and shipped and transported in and affecting interstate and foreign commerce by any

25  means, including by computer, and the images of child pornography involved include

26  images of a prepubescent minor and a minor who had not attained 12 years of age.

27       All in violation of Title 18, United States Code, Sections 2252(a)(4) and

28  2252(b)(2).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, VICTOR LARRY LEE WRIGHT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, or any property traceable to such property, and any and all visual depictions as described in Title 18, United States Code, Sections 2251, 2252, and 2252A, which were produced, transported, mailed, shipped, or received, in violation of Chapter 110, Title 18, United States Code, including but not limited to:

    a.  Any and all images of child pornography, in whatever format and however stored;

    b.  One Dell desktop computer;

    c.  HP Laptop;

    d.  Seagate external hard drive;

///

///

///

INDICTMENT/*United States v. Wright*- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*e.*  One Verizon tablet.

A TRUE BILL:

DATED: 6 - 11-15

*Signature of foreperson redacted
pursuant to the policy of the Judicial
Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
S. KATE VAUGHAN
Assistant United States Attorney

INDICTMENT/*United States v. Wright*- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970